United States District Court
Southern District of Texas
**ENTERED**
June 14, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IVAN CANO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-17-6 |
| | § | |
| MICHAEL WILLIAMS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On January 1, 2017, *pro se* plaintiff, Ivan Cano, filed a complaint against the defendants. Dkt. 1. On January 4, 2017, the court ordered the parties to confer as required by Federal Rule of Civil Procedure 26(f). Dkt. 4. Cano did not respond to the defendants' requests to participate in a timely Rule 26(f) conference. Dkt. 7. On June 1, 2017, the court ordered the parties to appear at a status conference on June 14, 2017 at 12:15 pm in Courtroom 9-D, 515 Rusk St., Houston, Texas. Dkt. 8. A copy of the order was delivered to Cano by FedEx on June 1, 2017. Dkt. 9. On June 14, 2017, the court held the status conference and Cano failed to appear.

Under Federal Rule of Civil Procedure 41(b), the court may dismiss an action if the plaintiff fails to prosecute his claim or comply with a court order. Fed. R. Civ. P. 41(b).

It is therefore ORDERED that this cause of action is DISMISSED for want of prosecution.

Signed at Houston, Texas on June 14, 2017.

_____
Gray H. Miller
United States District Judge